JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM R. PLETCHER (CABN 212664)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:   (510) 637-3724
   E-Mail:       Will.Pletcher@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR-10-00177-SBA |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER EXCLUDING |
| v. ) | TIME PURSUANT TO THE SPEEDY |
| ) | TRIAL ACT |
| JOSE ALBERTO VEGA MUNIZ, ) | |
| ) | Date:    March 26, 2010 |
| Defendant. ) | Time:   10:00 a..m. |
| ) | Court:  Hon. Laurel Beeler |

     Defendant Jose Alberto Vega-Muniz appeared at a status conference before the Court on March 26, 2010.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from March 26, 2010 to April 30, 2010.  The parties agreed, and the Court found and held, as follows:

     1.    Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have time to investigate and prepare for the trial of this

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00177-SBA                      1

1 matter, taking into account the exercise of due diligence.

2     2. Given these circumstances, the Court found that the ends of justice served by excluding the period from March 26, 2010 to April 30, 2010, from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

    IT IS HEREBY ORDERED that:

    With the consent of defendant Jose Alberto Vega-Muniz, the period from March 26, 2010 to April 30, 2010, is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: April 21, 2010                               _____
                                                           LAUREL BEELER
                                                           United States Magistrate Judge

Approved As To Form:

_____/s/_____            _____/s/_____
WILLIAM R. PLETCHER                            JAMES GILLER
Special Assistant United States Attorney      MARIE KAYAL
Counsel for United States                           Counsel for Defendant
                                                         Jose Alberto Vega-Muniz