| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 3 | |
| 4 | WILLIAM R. PLETCHER (CABN 212664)<br>SUZANNE MILES<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113<br>Telephone: (408) 535-5061<br>Fax:  (408) 535-5066<br>E-mail: Suzanne.Miles@usdoj.gov |
| 7 | |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE ALBERTO VEGA MUNIZ,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR-10-00177-SBA<br><br>[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT<br><br>Date:   April 30, 2010<br>Time:   10:00 a.m.<br>Court:  Hon. Donna M. Ryu |

Defendant Jose Alberto Vega-Muniz appeared at a status conference before the Court on April 30, 2010.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3136(h)(7)(A) and (B), from April 30, 2010, to May 19, 2010.  The parties agreed, and the Court found and held, as follows:

1. Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00177-SBA

Act so that defense counsel would have time to investigate and prepare for trial of this matter, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 30, 2010, to May 19, 2010, from Speedy Trial Act calculations outweigh the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED:  ~~April 30, 2010~~ May 3, 2010

GRANTED
/s/ Donna M. Ryu
Judge Donna M. Ryu

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

Approved as to Form:

___/s/Suzanne Miles_____          _____/s/_____
SUZANNE MILES                         JAMES GILLER
Assistant United States Attorney      MARIE KAYAL
Counsel for United States             Counsel for Defendant

[~~PROPOSED~~] ORDER RE: TIME EXCLUSION
CR-10-00177-SBA                            2