1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WILLIAM R. PLETCHER (CABN 212664)
   SUZANNE B. MILES (CABN 242048)
5  Assistant United States Attorneys

6    1301 Clay Street, Suite 340-S
     Oakland, California 94612
7    Telephone:  (510) 637-3699
     Facsimile:  (510) 637-3724
8    E-Mail:      Suzanne.Miles@usdoj.gov

9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                     OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )      No. CR-10-00177-SBA
                                     )
14       Plaintiff,                  )
                                     )      [PROPOSED] ORDER EXCLUDING
15  v.                               )      TIME PURSUANT TO THE SPEEDY
                                     )      TRIAL ACT
16  JOSE ALBERTO VEGA MUNIZ,         )
                                     )
17       Defendant.                  )
                                     )
18                                   )
                                     )
19

20       Defendant Jose Alberto Vega-Muniz appeared with counsel at a status conference before

21  the Court on May 19, 2010.  With the agreement of the parties, and with the consent of the

22  defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy

23  Trial Act, 18 U.S.C. § 3136(h)(7)(A) and (B), from May 19, 2010, to May 28, 2010.  The parties

24  agreed, and the Court found and held, as follows:

25       1.       Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial

26  Act so that defense counsel would have time to investigate and prepare for trial of this matter,

27  taking into account the exercise of due diligence.

28

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00177-SBA

1    2.    Given these circumstances, the Court found that the ends of justice served by

2  excluding the period from May 19, 2010, to May 28, 2010, from Speedy Trial Act calculations

3  outweigh the interests of the public and the defendant in a speedy trial by allowing for the

4  defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

5  IT IS SO ORDERED

6

7  DATED: May 24, 2010

8                                          LAUREL BEELER
                                           United States Magistrate Judge

9

10  Approved as to Form:

11

12    _/s/_____              _____/s/_____
      SUZANNE B. MILES                    JAMES GILLER
13  Assistant United States Attorney      MARIE KAYAL
    Counsel for United States             Counsel for Defendant
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [PROPOSED] ORDER RE: TIME EXCLUSION
    CR-10-00177-SBA                          2