JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM R. PLETCHER  (212664)
Special Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    E-Mail: Will.Pletcher@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR-10-00177-SBA |
|                            ) | |
|        Plaintiff,          ) | |
|                            ) | [PROPOSED] ORDER EXCLUDING |
|    v.                      ) | TIME PURSUANT TO THE SPEEDY |
|                            ) | TRIAL ACT |
| JOSE ALBERTO VEGA MUNIZ,   ) | |
|                            ) | |
|        Defendant.          ) | |
|                            ) | |
|                            ) | |

Defendant Jose Alberto Vega-Muniz appeared at a status conference and detention

hearing before the Court on May 28, 2010.  The Court enters this order documenting the

exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from

May 28, 2010 to June 8, 2010.  The Court finds and holds as follows:

    1.    Defense counsel has raised certain issues requiring time to investigate and prepare

for the trial of this matter, taking into account the exercise of due diligence.

    2.    Given these circumstances, the Court found that the ends of justice served by

excluding the period from May 28, 2010 to June 8, 2010, from Speedy Trial Act calculations

1  outweighs the interests of the public and the defendant in a speedy trial by allowing for the

2  defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

3          IT IS HEREBY ORDERED that:

4          The period from March May 28, 2010 to June 8, 2010, is excluded from the Speedy Trial

5  Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

6  and (B)(iv).

7

8  IT IS SO ORDERED

9

10  DATED: June 2, 2010

_____

11                                  LAUREL BEELER
                                    United States Magistrate Judge

12

13  Approved As To Form:

14

15  _____/s/_____
    WILLIAM R. PLETCHER
16  Special Assistant United States Attorney
    Counsel for United States
17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00177-SBA                    -2-