MINTZ AND GILLER
A Law Corporation
By: James Giller, Esq. (SBN: 028084)
405 - 14th Street, Suite 1008
Oakland, California 94612
Telephone: (510) 451-6686
Facsimile:  (510) 451-4820

Attorney for Defendant,
JOSE ALBERTO VEGA MUNIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | NO.  CR-10-00177-SBA |
|                          )             | |
|              Plaintiff,      )         | **STIPULATION TO CONTINUE** |
|                          )             | **DETENTION HEARING AND** |
|                          )             | **ORDER EXCLUDING** |
|     vs.                  )             | **TIME PURSUANT TO THE SPEEDY** |
|                          )             | **TRIAL ACT** |
|                          )             | |
| JOSE ALBERTO VEGA MUNIZ,   )           | |
|                          )             | |
|                          )             | Date:   June 8, 2010 |
|                          )             | Time:   10:00 a.m. |
|              Defendants.   )           | |

IT IS HEREBY STIPULATED by and between William R. Pletcher, Assistant United States Attorney for The United States of America, and James Giller, on behalf of Defendant, Jose Alberto Vega Muniz, that the detention hearing of Defendant herein be changed from **June 8, at 10:00 a.m., to June 22, 2010 at 11:00 a.m.** before the Honorable Sandra B. Armstrong. The reason for said stipulation is that the counsel for Defendant Jose Alberto Vega Muniz was in jury trial on a murder case in the Alameda County Superior Court in the case of People v. Sharidan Smith, Docket No. 152719B before the Honorable Thomas Reardon and said court was in session on June 8, 2010.

FURTHER, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. section 3161(h)(7)(A) and (B), from June 8, 2010 to June 22, 2010.

IT IS FURTHER STIPULATED that this continuance is with the consent of the United States Pre-Trial Services.

DATED: June 14, 2010

_____/S/_____  
WILLIAM R. PLETCHER  
Assistant United States Attorney  
Counsel for United States

_____/S/_____  
JAMES GILLER  
MARIE KAYAL  
Counsel for Defendant

## ~~PROPOSED~~ ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The currently scheduled June 8, 2010, detention hearing is hereby vacated and a new detention hearing is hereby scheduled for 11:00 a.m. on June 22, 2010. It is further ordered that the period from June 8, 2010 to June 22, 2010, is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv).

DATED: 6/14/10

*Sandra B. Armstrong*  
The Honorable Sandra B. Armstrong  
United States District Court Judge

STIPULATION TO CONTINUE DETENTION HEARING AND PROPOSED ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT