JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM R. PLETCHER  (212664)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Will.Pletcher@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00177-SBA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JOSE ALBERTO VEGA MUNIZ, | ) | |
| Defendant. | ) | |

     Defendant Jose Alberto Vega-Muniz appeared at a status conference before the Court on July 20, 2010.  At that hearing, the Court found that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), until the next hearing on July 29, 2010.  Due to the Court's intervening unavailability, the Court reset the next status conference in this matter for August 5, 2010 (Document 30), and then to September 7, 2010 (Document 32).  The Court now finds and holds as follows:

     1.     Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 20, 2010 to September 7, 2010, from Speedy Trial Act

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00177-SBA

1 | calculations outweighs the interests of the public and the defendant in a speedy trial by allowing
2 | for the defense to prepare effectively, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).
3 |     IT IS HEREBY ORDERED that:
4 |         The period from July *29*, 2010 to September 7, 2010, is excluded from Speedy
5 | Trial Act time calculations pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).
6 |
7 | IT IS SO ORDERED
8 |
9 | DATED: August 20, 2010         _/s/ Saundra B Armstrong_
    SAUNDRA BROWN ARMSTRONG
10 |     United States District Judge
11 |
12 | Approved As To Form:
13 |
14 |     /s/
    WILLIAM R. PLETCHER
15 | Special Assistant United States Attorney
    Counsel for United States
16 |
...
28

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00177-SBA         -2-