MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM R. PLETCHER  (212664)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Will.Pletcher@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00177-SBA |
|    Plaintiff, ) | |
| v. ) | ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JOSE ALBERTO VEGA MUNIZ, ) | |
|    Defendant. ) | |

    Defendant Jose Alberto Vega Muniz is charged in a one-count indictment with illegal reentry following deportation in violation of 8 U.S.C. § 1326.  Time in this matter was previously excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), for continuity of counsel and effective preparation of counsel until the next hearing on this matter, which was originally set for September 7, 2010.  (Document 34.)  Due to defense counsel's intervening unavailability, the matter has been re-set for November 2, 2010.

    Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 7, 2010, to November 2, 2010, from Speedy Trial Act calculations

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00177-SBA

1  outweighs the interests of the public and the defendant in a speedy trial by allowing for
2  continuity of defense counsel and allowing the defense time to prepare effectively, pursuant to
3  18 U.S.C. § 3161(h)(7)(A) and (B).
4       IT IS HEREBY ORDERED that:
5           The period from September 7, 2010, to November 2, 2010, is excluded from
6  Speedy Trial Act time calculations pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).
7
8  IT IS SO ORDERED
9
10 DATED: September 14, 2010                    _____
                                                SAUNDRA BROWN ARMSTRONG
11                                              United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00177-SBA                          -2-