UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ALBERTO VEGA MUNIZ,<br><br>Defendant. | Case No: CR 10-0177 SBA<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Dkt. 42 |

IT IS HEREBY ORDERED THAT, based on counsel's motion to withdraw filed with this Court, the Court GRANTS counsel Valerie Ly's motion to withdraw as counsel of record. The December 14, 2010 hearing date in this matter is VACATED.

IT IS SO ORDERED.

Dated: December 7, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge