UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JOSE ALBERTO VEGA MUNIZ,<br><br>            Defendant. | Case No:  CR 10-0177 SBA<br><br>**ORDER** |

IT IS HEREBY ORDERED THAT, pursuant to Defendant's Motion to Withdraw Motion for Dismissal of Indictment, the January 11, 2011 hearing on that motion is VACATED; a trial setting hearing is scheduled in this matter for January 11, 2011 at 9:00 a.m. in Courtroom 1, 4th Floor, Oakland.

IT IS SO ORDERED.

Dated: January 5, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge